IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2009 JAN -8  A 11: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 2:09-cr-02 |
| | : | |
| VS. | : | 18 U.S.C. §922(g)(1) |
| | : | 21 U.S.C. §841(a)(1) |
| | : | 21 U.S.C. §841(b)(1)(B)(iii) |
| CARNELL RAYMOND SCOTT | | |

INDICTMENT
Judge Marbley

THE GRAND JURY CHARGES:

COUNT 1

On or about March 5, 2006, in the Southern District of Ohio, defendant, CARNELL RAYMOND SCOTT, did knowingly, intentionally, and unlawfully possess with intent to distribute, 5 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(iii).

COUNT 2

On or about March 5, 2006, in the Southern District of Ohio, the defendant, CARNELL RAYMOND SCOTT, having previously been convicted on or about April 2, 1997, in Franklin County Court of Common Pleas, Case No. 96-CR-06-3764, of Theft, a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess, in and affecting commerce, a firearm, that is, a Ruger, model P95DC, 9mm caliber pistol, serial number 311-93467.

In violation of 18 U.S.C. §922(g)(1) and §924(a)(2).

### COUNT 3

On or about September 23, 2008, in the Southern District of Ohio, the defendant, CARNELL RAYMOND SCOTT, having previously been convicted on or about April 2, 1997, in Franklin County Court of Common Pleas, Case No. 96-CR-06-3764, of Theft, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Smith & Wesson, model MP40, 40 caliber handgun, serial number MPJ8772.

In violation of 18 U.S.C. §§922(g)(1) and 924(a)(2).

A True Bill.

s/Foreperson

FOREPERSON

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS (0023428)
Deputy Criminal Chief