

FILED
JAMES BONINI
CLERK

2009 JUL 16 A 10: 09

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.2:09-CR-02 |
| | : | Judge Marbley |
| VS | : | |
| | : | 18 U.S.C. §922(g)(1) |
| CARNELL RAYMOND SCOTT | : | 18 U.S.C. §924(a)(2) |
| | : | 18 U.S.C. §924(c)(1)(A)(i) |
| | : | 21 U.S.C. §841(a)(1) |
| | : | 21 U.S.C. §841(b)(1)(B)(iii) |
| | : | |
| | : | SUPERSEDING |
| | : | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 5, 2006, in the Southern District of Ohio, defendant, CARNELL RAYMOND SCOTT, did knowingly, intentionally, and unlawfully possess with intent to distribute, 5 grams or more of a mixture or substance containing cocaine base, a Schedule II controlled substance.

In violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(iii) and 18 U.S.C §2.

## COUNT 2

On or about March 5, 2006, in the Southern District of Ohio, the defendant, CARNELL RAYMOND SCOTT, having previously been convicted on or about April 2, 1997, in Franklin County Court of Common Pleas, Case No. 96-CR-06-3764, of Theft, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Ruger, model P95DC, 9mm caliber pistol, serial number 311-93467.

In violation of 18 U.S.C. §922(g)(1) and §924(a)(2).

## COUNT 3

On or about September 23, 2008, in the Southern District of Ohio, the defendant, CARNELL RAYMOND SCOTT, having previously been convicted on or about April 2, 1997, in Franklin County Court of Common Pleas, Case No. 96-CR-06-3764, of Theft, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Smith & Wesson, model MP40, 40 caliber handgun, serial number MPJ8772.

In violation of 18 U.S.C. §§922(g)(1) and 924(a)(2).

## COUNT 4

On or about March 5, 2006, in the Southern District of Ohio, the defendant, CARNELL RAYMOND SCOTT, did knowingly possess a firearm, that is, a Ruger, model P95DC, 9mm caliber pistol, serial number 311-93467, in furtherance of a drug trafficking crime, that is, possession with intent to distribute five grams or more of a mixture or substance containing cocaine base, in violation of 21 U.S.C. §841(a)(1).

In violation of 18 U.S.C. §924(c)(1)(A)(i).

A True Bill.

s/Foreperson
FOREPERSON

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS(0023428)
Deputy Criminal Chief