AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Carnell R. Scott | ) Case No: 2:09-cr-00002 |
| | ) USM No: 67852-061 |
| Date of Original Judgment: 02/17/2011 | ) |
| Date of Previous Amended Judgment: 06/04/2013 | ) Gordon G. Hobson |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __120__ months is reduced to __100__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/17/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __10/05/2015__         /s/ Algenon L. Marbley
                                   *Judge's signature*

Effective Date: __11/01/2015__     The Honorable Algenon L. Marbley, District Court Judge
*(if different from order date)*   *Printed name and title*